Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of

Division

|  |  |
|---|---|
| Robert E. And Judith D Bennett | ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |
| **–v–** | ) ) ) ) ) ) ) ) ) ) ) |
| City of Kingman | |
| *Defendant(s)* *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

Case No. **CV-19-08001-PCT-SMB**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☒ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non–Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Robert E. & Judth D Bennett |
| Address | 3028 Mallory Loop |

| | | |
|---|---|---|
| Kingman | Az | \86401 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Mohave |
| Telephone Number | 928-486-9031 |
| E-Mail Address | |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City Of Kingman |
| Job or Title *(if known)* | |
| Address | 219 N. Fourth Street |

| | | |
|---|---|---|
| Kingman | Az | 86401 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Mohave |
| Telephone Number | 928-753-8099 |
| E-Mail Address *(if known)* | |

☐ Individual capacity  ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity  ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

    Name

    Job or Title *(if known)*

    Address

                         *City*          *State*          *Zip Code*

    County

    Telephone Number

    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

                         *City*          *State*          *Zip Code*

    County

    Telephone Number

    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    Due Process, Equal Protection, Taking of Private Property, Contract Clause. Breach of Contract, Fraud, Fraudulent Misrepresentation, Vested Interest, Diminished Value.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro'Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

+----------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------
----------------------------------------------------------------------

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

We owned Storage units on a five Acre Parcel of property in Kingman Az. The City of Kingman requested that I agree to be annexed into the city. The city council authorized staff to negotiate with me for annexation into the city. We verbally agreed to the annexation provided that there would be no adverse effects to the property and that I would get to build more storage units on my additional 3.4 acres of land. The city could not have even done the annexation without my consent and they violated state law by reducing the territory to be annexed(9-471-A5). My property was annexed into the city with the agreement that we could build on storage units on the contingent 3.4 Acres.. The City council after staff recommended the rezoning of my property for additional storage units downgraded my zoning and disallowed storage units on the additional 3.4 acres Staff new this agreement was in place and tried to live up to it but the city council reneged on our agreement . The city did this without notifying me, and their malicious intent of denying me the opportunity to build out my additional storage units. I only found out about the down grading after the fact.  The city at all times knew that we intended to build additional storage units on the 3.4 acres of land.  When we requested that the city correct this problem by rezoning the property back to where it would allow storage units, the city denied the rezoning of the property because they where afraid we might use that zoning to put the property to some other more detrimental use.  The city proposed to change the law to allow for a conditional use of storage units on the property, again I agreed to co-operate with the city and again stated  that I did not care how they did it I just wanted to build storage units on my 3.4 acres of land. The city recognizing that they had screwed up changed the law, and  gave me a conditional use permit to build out the storage units (another verbal contract with the city).. We engaged a Kingman engineering company to do site plans, elevations, surveys, unfortunatly the enginering company took over ten months and still did not have a satisfactory set of plans.  We where forced to get an extension for the conditional use permit. We pulled a grading permit for the original engineering companys plans, figuring it would buy us time to get the plans done properly. We where told that in order to not have to avoid an additional  extension we would have to have abide by city code which required (Substantial Completion of Project)  We hired a new engineering company which designed plans that where acceptable, Unfortunatley by this time with all the delays  we lost our private financing. The city denied an additional extension, we where not allowed to file for a new conditional use permit for another year. We applied for a new conditional use permit and where denied again.  The city  under Az open meeting laws was required to notify me of their intent to down grade my zoning, was required under az statues to follow their own code when they rezoned any property after annexation into the city. They did not follow any of their own rules for rezoning of any property did not post signs on the property, did not notify ajacent property owners as required under the code and they  did not notify me of their specific intent to downgrade my zoning (Az 9-471). Even more obnoxious is they led me to believe a hearing was to be delayed until March then they secretely downgraded my zoning in Feb.  Additionally a formal complaint has been filed with the Az Attorney Generals Office for Violations of Arizona Open Meeting Laws.

III.    **Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

Kingman Arizona

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

B.   What date and approximate time did the events giving rise to your claim(s) occur?

   See Attached Documents

C.   What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

   SEE THE ATTACHED D OCUMENTS

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

  See Attached.

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Award damages in an amount to be determined at trial for violating rights of due process, and equal protection when they took away property rights  without following their own  city code,  as well as state statues governing open meeting laws when they downgraded my zoning with out my knowledge and/ or consent and further committed fraud when they led me to believe a meeting would be held in March and then holding it in Feb.
 Require city of Kingman to abide by the vested interest doctrine and allow us to proceed with the construction on our additional 3.4 acres of land. We have already built 29,000 sq ft of storage on this parcel, and have plans drawn, septic plans approved by county. and put considerable expense in time and effort in order to complete the project. Paradise Valley v gulf Leisure (557 p2d 532 az ct app 1976 )
Void out the city of Kingmans (Substantial Completion Requirements) because they are not clearly defined as to what constitutes substantial completion and they violate the vested interest doctrine.
Void out the annexation agreement and move my property back into the county  because it was completed with fraudulent misrepresentation by the city and the city knew at all times that the only way we would agree to annexation was by being allowed to build out on that additional 3.4 acres. Further they violated (Az 9-471 A5)
Award the diminished value of our property in the amount of  $1,939,451.00  The city knew that if they did not allow us to build on the additional 3.4 acres of land that we would be forced to file a diminished value civil suit, so they made arrangements via the conditional use permit to extend the expiration dates. Arizona Proposition 207  (12-1134 G) An action for just compensation based on diminution of value must be made or forever barred within 3 years of the first date of the reduction of the existing rights to use, divide sell or possess property applies to the owners parcel, (WHICHEVER IS LATER)  Clearly the approval of the conditional use permit delayed any application of denied existing rights.  However when the city denied my extension of conditional use permit on Jan 3, 2017 and again when we applied for new conditional use permit they denied it again on Nov 6 2018  the case became ripe for consideration since we cannot apply again under Kingman code for one year.
Void the original zoning that was done  by violating Az  open meeting laws, (open meeting laws say any actions taken by cities in violation of open meeting laws is void).
Require city to supply infrastructue as required  under Az 9-471 L (install sewer System)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          12-31-18

Signature of Plaintiff

Printed Name of Plaintiff      Robert E. & Judith D Bennett

### B.    For Attorneys

Date of signing: _____

Signature of Attorney          c _____

Printed Name of Attorney      _____

Bar Number                         _____

Name of Law Firm               _____

Address                              _____

                                         _____  _____  _____
                                            *City*          *State*      *Zip Code*

Telephone Number             _____

E-mail Address                   _____